IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENE HUTSON, ) | Case No. 8:08-CV-272 |
| ) | |
| Plaintiff(s), ) | |
| ) | **FINAL ORDER OF** |
| vs. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| COVIDIEN INC., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

The parties having filed a Joint Stipulation for Dismissal With Prejudice (Doc. # 54) and pursuant to Fed. R Civ. P. 41(a), it is

ORDERED that this case is dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States Chief Judge

Dated:  October 8, 2009